**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| GEORGE STRZELCZYK, | : | No. 58 MM 2018 |
| Petitioner | : | |
| v. | : | |
| PENNA BOARD OF PROBATION AND PAROLE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and the Application for Appointment of Counsel are DENIED.